1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8
9

GREGORY PAUL CHAVARRIA,                    Case No.  1:15-cv-01922-SKO

10

         Plaintiff,          **ORDER GRANTING PLAINTIFF'S**
**APPLICATION TO PROCEED IN**

11

   v.                                              **FORMA PAUPERIS**

12

                              (Doc. 2)

CAROLYN W. COLVIN,

13

Acting Commissioner of Social Security,

14

         Defendant.

15

_____/

16
17

     Plaintiff Gregory Paul Chavarria filed a complaint on December 24, 2015, along with an

18

application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

application demonstrates entitlement to proceed without prepayment of fees.

19

     Accordingly, IT IS HEREBY ORDERED that:

20
21

   1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22

   2.    The Clerk of Court is DIRECTED to issue a summons; and

23

   3.    The United States Marshal is DIRECTED to serve a copy of the complaint,

24

        summons, and this order upon the defendant as directed by the plaintiff.

25

IT IS SO ORDERED.

26

Dated:  __**December 29, 2015**__          _____**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

27
28